[No. 6,940.—Department One.]

## F. A. HIHN v. CLAUS SPRECKELS.

ROAD—HIGHWAY—DEDICATION—RIGHT OF WAY—LICENSE.

APPEAL from a judgment for the defendant, in the Twentieth District Court, County of Santa Cruz. BELDEN, J.

A petition for hearing in bank was filed in this case after judgment, and denied.

*Charles B. Younger,* for Appellant.

*Andrew Craig,* for Respondent.

The COURT:

Appeal from the judgment on the judgment roll. The findings show that the road in question crosses the Aptos rancho, owned by the defendant; that the road was used by the plaintiff, by the license of defendant and his grantor, Castro, which license was revocable by the owner of the land over which the road passed; and that the defendant closed the road and revoked the license. Judgment rightly followed for defendant.

Judgment affirmed.